UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS PEREZ TORNADO, FRANCISCO GOMEZ RAMIREZ, ISMAEL DOLORES GONZAGA, and PRISCO NAJERA, *individually and on behalf of others similarly situated,*<br><br>*Plaintiffs,*<br><br>-against-<br><br>COURAGE TEAM INC. (D/B/A PIG HEAVEN) and NANCY LEE (A.K.A. HUIFONG LEE),<br><br>*Defendants.* | 18-CV-3982<br><br>**PROPOSED ORDER**  |

GEORGE B. DANIELS, United States District Judge:

The parties have reached a proposed settlement in this Fair Labor Standards Act case and have submitted the agreement for approval by the Court. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is approved. Accordingly, this action is DISMISSED with prejudice.

Dated:  AUG 2 1 2018
New York, New York

_____
GEORGE B. DANIELS
United States District Judge